**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number *(if known)* _____     Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Good to Go Jamaican Cuisine LLC |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 26-1115490 |

**4.    Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 709-711 Howard Street<br>Evanston, IL 60202 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook | **Location of principal assets, if different from principal place of business** |
| County | 711 Howard Street Evanston, IL 60202 |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)     _____

**6.    Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor ___Good to Go Jamaican Cuisine LLC_____   Case number (*if known*) _____
      Name

---

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

---

| Debtor | Good to Go Jamaican Cuisine LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**       .     *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Good to Go Jamaican Cuisine LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 28, 2025
                       MM / DD / YYYY

**X** /s/   Dennis A. Levy                                    Dennis A. Levy
Signature of authorized representative of debtor        Printed name

Title    Manager

**18. Signature of attorney**

**X** /s/ William Factor                              Date   April 28, 2025
Signature of attorney for debtor                          MM / DD / YYYY

William Factor 6205675 6205675
Printed name

The Law Office of William J. Factor, Ltd
Firm name

105 W. Madison St., Suite 2300
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone _____    Email address   wfactor@wfactorlaw.com

6205675 IL
Bar number and State

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number *(if known)* _____   Chapter ___11___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 27, 2025
MM / DD / YYYY

X _____          Dennis A. Levy
Signature of authorized representative of debtor          Printed name

Title    Manager

**18. Signature of attorney**   X _____          Date   April 27, 2025
Signature of attorney for debtor          MM / DD / YYYY

William Factor 6205675
Printed name

The Law Office of William J. Factor, Ltd
Firm name

105 W. Madison St., Suite 2300
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone    312 878 6146          Email address   wfactor@wfactorlaw.com

IL 6205671
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Good to Go Jamaican Cuisine LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒   Other document that requires a declaration    Creditor Address Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 27, 2025      X _____
                                             Signature of individual signing on behalf of debtor

                                         Dennis A. Levy
                                         Printed name

                                         Manager
                                           Position or relationship to debtor

```
Fill in this information to identify the case:
Debtor name    Good to Go Jamaican Cuisine LLC
United States Bankruptcy Court for the:   NORTHERN DISTRICT OF
                                          ILLINOIS, EASTERN DIVISION
Case number (if known):  _____
```

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | Utility Bill | | | | $8,300.00 |
| Empire Cooler 600 W. Jackson Chicago, IL 60661 | | | | | | $6,500.00 |
| Hartford Insurance c/o Adam Stein Brown & Joseph One Pierce Place Suite 700W Itasca, IL 60143 | | Incomplete Audit | | | | $0.00 |
| Illinois Department of Revenue PO Box 19035 Springfield, IL 62794-9035 | | Sales Tax | | | | $348,000.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | Payroll | | | | $7,700.00 |
| LEAF Capital c/o Kenneth D. Peters, Esq. Dressler Peters, LLC 101 W. Grand Ave. Suite 404 Chicago, IL 60654 | | Loan | | $180,000.00 | Unknown | $180,000.00 |
| Pure Power c/o Alexander Grossman 9150 N. Crawford Suite 106 Skokie, IL 60076 | | Contractor | | | | $15,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Good to Go Jamaican Cuisine LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration PO Box 3918 Portland, OR 97208-3918 | | EIDL Loan | | $1,000,000.00 | Unknown | $1,000,000.00 |
| Village Trust & Bank NA 234 W. Northwest Highway Arlington Heights, IL 60004 | | Loan | | $518,000.00 | Unknown | $518,000.00 |
| Willow Electrical Supply 3828 Des Plaines River Rd. Schiller Park, IL 60176 | | Supplies | | | | $10,000.00 |
| Wintrust Bank 7800 Lincoln Ave. Skokie, IL 60077 | | | | | | $50,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    Good to Go Jamaican Cuisine LLC
_____

                                        Case No. _____
                        Debtor(s)       Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dennis Levy<br>2006 Brummel<br>Evanston, IL 60202 | LLC Interest | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    April 28, 2025
_____

Signature   /s/  Dennis A. Levy
_____
            Dennis A. Levy

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    Good to Go Jamaican Cuisine LLC
                                                                          Case No.
                                          Debtor(s)                       Chapter        11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ......................................................    $ _____

Prior to the filing of this statement I have received .......................................    $ _____

Balance Due ......................................................................................................    $ _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of..........................    $         7,500.00

The undersigned shall bill against the retainer at an hourly rate of...............................    $           450.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ☐ Debtor        ☒ Other (specify):     Lenice Levy - wife of sole owner.

3.   The source of compensation to be paid to me is:

     ☒ Debtor        ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

April 28, 2025                                          /s/ William Factor
*Date*                                                 William Factor 6205675 6205675
                                                       *Signature of Attorney*
                                                       The Law Office of William J. Factor, Ltd
                                                       105 W. Madison St., Suite 2300
                                                       Chicago, IL 60602
                                                        Fax:
                                                       wfactor@wfactorlaw.com
                                                       *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    <u>Good to Go Jamaican Cuisine LLC</u>       Case No. <u>          </u>
                            Debtor(s)      Chapter   <u>11</u>

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: <u>              20</u>

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    <u>April 28, 2025</u>          <u>/s/ Dennis A. Levy</u>
                                       Dennis A. Levy/Manager
                                       Signer/Title

ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Dennis and Lenice Levy
2006 Brummel
Evanston, IL 60202


Dennis Levy
2006 Brummel
Evanston, IL 60202


Empire Cooler
600 W. Jackson
Chicago, IL 60661


Hartford Insurance
c/o Adam Stein Brown & Joseph
One Pierce Place Suite 700W
Itasca, IL 60143


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


LEAF Capital
c/o Kenneth D. Peters, Esq.
Dressler Peters, LLC 101 W. Grand Ave.
Chicago, IL 60654


Lenice Levy
2006 Brummel
Evanston, IL


Levy


Pure Power
c/o Alexander Grossman
9150 N. Crawford Suite 106
Skokie, IL 60076


SOMERCOR
209 S. LaSalle St.
Suite 203
Chicago, IL 60604


U.S. Small Business Administration
PO Box 3918
Portland, OR 97208-3918

Village Trust & Bank NA
234 W. Northwest Highway
Arlington Heights, IL 60004


Village Trust & Bank NA
234 W. Northwest Highway
Arlington Heights, IL 60004


Village Trust & Bank NA
c/o Scott H. Kenig, Esq.
Randall & Kenig LLP 455 North Cityfront
Chicago, IL 60611


WebBank
215 South State Street
Suite 1000
Salt Lake City, UT 84111


Willow Electrical Supply
3828 Des Plaines River Rd.
Schiller Park, IL 60176


Willow Electrical Supply
c/o Law Offices of Bradley Daniel Birge,
77 West Washington Street Suite 1705
Chicago, IL 60602


Wintrust Bank
7800 Lincoln Ave.
Skokie, IL 60077

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    Good to Go Jamaican Cuisine LLC                     Case No.
                               Debtor(s)            Chapter     11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ Good to Go Jamaican Cuisine LLC __ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

April 28, 2025

Date

/s/ William Factor

William Factor 6205675 6205675

Signature of Attorney or Litigant

Counsel for    Good to Go Jamaican Cuisine LLC

The Law Office of William J. Factor, Ltd

105 W. Madison St., Suite 2300
Chicago, IL 60602
 Fax:
wfactor@wfactorlaw.com